1  Wajda Law Group, APC
2  Nicholas M. Wajda ( State Bar No. 259178)
   11400 West Olympic Boulevard, Suite 200M
3  Los Angeles, California 90064
   Telephone: (310) 997-0471
4  Facsimile: (866) 286-8433
   Email: nick@wajdalawgroup.com
5  Attorney for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10 | TIFFANY COLEMAN              | No. 8:18-cv-02295-JVS-ADS
11 |         Plaintiff,           | **CERTFICATE OF SERVICE**
12 |   v.                         | Complaint Filed: December 28, 2018
13 | AMERICAN HONDA FINANCE
   | CORPORATION,
14 |
   | Defendant.
15

1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

TIFFANY COLEMAN

*Plaintiff(s)*

v.

AMERICAN HONDA FINANCE CORPORATION

*Defendant(s)*

Civil Action No. 8:18-cv-02295 -JVS (ADSx)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* American Honda Finance Corporation
c/o Registered Agent
C T Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nicholas M. Wajda
Wajda Law Group, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, CA 90064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*E. Liberato* (signature)

Date: 12/28/2018

*Signature of Clerk or Deputy Clerk*

[SERVED stamp overlay]

Case 8:18-cv-02295-JVS-ADS Document 7 Filed 12/28/18 Page 2 of 2 Page ID #:16

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:18-cv-02295 -JVS (ADSx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMERICAN HONDA FINANCE CORPORATION

was received by me on *(date)* 01/24/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ALBERT DAMONTE - REGISTERED AGENT FOR SERVICE , who is designated by law to accept service of process on behalf of *(name of organization)* American Honda Finance Corporation CT Corporation - 818 West 7th Street Los Angeles, CA 90017 on *(date)* 01/25/2019 at 10:40 am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/27/2019

*Server's signature*

JUDITH SMITH - LA OCUNTY REG# 2013100780
*Printed name and title*

LA PROCESS SERVERS
1439 N. HIGHLAND AVENUE #274
LOS ANGELES, CA 90017
323-508-1711
*Server's address*

Additional information regarding attempted service, etc:

LIST OF DOCUMENTS SERVED;:

SUMMONS; COMPLAINT; INTIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELINA.