**SULAIMAN LAW GROUP, LTD.**
Joseph S. Davidson (Admitted Pro Hac Vice)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: jdavidson@sulaimanlaw.com
*Attorney for the Plaintiff*

**DENIED**
**BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY COLEMAN, | Case No. 8:18-cv-02295-JVS-ADS |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| AMERICAN HONDA FINANCE CORPORATION, | |
| Defendant. | |

Plaintiff, TIFFANY COLEMAN, by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Motion for Leave to Appear Telephonically at Scheduling Conference and the Court have reviewed same finds:

1. Plaintiff's counsel shall be allowed to appear telephonically at Scheduling Conference.

Dated: March 05, 2019

**DENIED**
**BY ORDER OF THE COURT**
/s/
Judge, U.S. District Court

**Counsel who file in the Central District assume the duty of appearing personally in the Central District.  JVS March 05, 2019**

1