**SULAIMAN LAW GROUP, LTD.**
Joseph S. Davidson (Admitted Pro Hac Vice)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: jdavidson@sulaimanlaw.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION,<br><br>Defendant. | Case No. 8:18-cv-02295-JVS-ADS<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION IN SUPPORT THEREOF** |

In accordance with Fed. R. Civ. P. 55(a), Plaintiff, TIFFANY COLEMAN, hereby requests that default be entered against Defendant, AMERICAN HONDA FINANCE CORPORATION, for failure to plead or otherwise defend.

Dated this 21st day of March, 2019

Respectfully submitted,

**TIFFANY COLEMAN**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Nicholas M. Wajda
**WAJDA LAW GROUP, APC**

1

11400 West Olympic Boulevard
Suite 200M
Los Angeles, California 90064
+1 310-997-0471
nick@wajdalawgroup.com

**DECLARATION**

JOSEPH S. DAVIDSON, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. That I am an attorney for the Plaintiff, TIFFANY COLEMAN, and in that capacity am responsible to represent the interest of Plaintiff in the above captioned matter.

2. I hereby make application to the Clerk of this Court for entry of default as to defendant American Honda Finance Corporation, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and in support of this application do show that:

   A. The defendant was personally served on January 25, 2019 at 10:40 AM, through its Registered Agent, with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1) of the Federal Rules of Civil Procedure.

   B. Upon Plaintiff's information and belief, the defendant, being a California corporation with its principal place of business in Torrence, California, is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g) of the Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520;

   C. The defendant has neither answered nor otherwise responded formally to the Plaintiff's Summons and Complaint, and the time to do so, as provided in Rule 12(a) of the Federal Rules of Civil Procedure, has expired;

D. Copies of this Declaration and the Request, seeking entry of default, which are being filed herewith, have this date been served upon the defendant by regular mail, postage prepaid.

FURTHER AFFIANT SAYETH NOT.

_____
JOSEPH S. DAVIDSON

SUBSCRIBED AND SWORN to before me this 21st day of March, 2019.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020

4