UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN HONDA FINANCE CORPORATION,<br><br>　　　　　Defendant. | Case No.: 8:18-cv-02295-JVS-ADS<br><br>**ORDER** |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. Default entered by the Clerk in this matter shall be set aside.
2. Defendant shall file its response to the Complaint on or before May 2, 2019.

IT IS SO ORDERED

Dated: April 5, 2019

_____
United States District Court Judge

- 1 -　　　　　Case No.: 8:18-cv-02295-JVS-ADS
**ORDER**