**SULAIMAN LAW GROUP, LTD.**
Joseph S. Davidson (Admitted *Pro Hac Vice*)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: jdavidson@sulaimanlaw.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION,<br><br>Defendant. | Case No.  **8:18-cv-02295-JVS-ADS**<br><br>**MOTION TO CONTINUE SCHEDULING CONFERENCE** |

NOW COMES Plaintiff, TIFFANY COLEMAN, through counsel, Joseph S. Davidson of SULAIMAN LAW GROUP, LTD. seeking to continue the Scheduling Conference.  In support thereof, Plaintiff states as follows:

1. On February 5, 2019, a Rule 26(f) Scheduling Conference was set for April 1, 2019 at 11:30 AM. [Dkt. #12].

2. On March 4, 2019, Plaintiff filed a Motion to Appear Telephonically at Scheduling Conference [Dkt. 13].

3. On March 5, 2019, the Court denied Plaintiff's Motion to Appear Telephonically at Scheduling Conference [Dkt. 14].

4. On March 21, 2019, the Scheduling Conference set for April 1, 2019 was continued to April 29, 2019 at 10:00 A.M. *sua sponte* [Dkt. #15]

1

5. Undersigned counsel will be lead attorney in this case moving forward.

6. Undersigned counsel maintains his regular office in Lombard, Illinois.

7. Counsel for the parties must attend the Scheduling Conference in person.

8. As result of professional obligations, it will be significantly burdensome for the undersigned counsel to appear at the April 29, 2019 Scheduling Conference in person.

9. Specifically, the undersigned counsel has an evidentiary hearing on April 30, 2019; therefore, will need to be preparing for the evidentiary hearing on April 29, 2019. *See* Exhibit A.

10. Accordingly, the undersigned counsel requests that this Scheduling Conference be rescheduled to mid-May (excluding May 6, 2019 – May 10, 2019).

11. The undersigned counsel conferred with Counsel for Defendant regarding the relief sought herein and Defendant has no objection.

WHEREFORE, Plaintiff, TIFFANY COLEMAN, respectfully request the Court continue the Scheduling Conference; and grant such other relief as the Court deems just and proper.

Dated: April 24, 2019    Respectfully submitted,

**TIFFANY COLEMAN**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-581-5450
jdavidson@sulaimanlaw.com

Nicholas M. Wajda
**WAJDA LAW GROUP, APC**
11400 West Olympic Boulevard
Suite 200M
Los Angeles, California 90064
+1 310-997-0471
nick@wajdalawgroup.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on April 24, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system.

               */s/ Joseph S. Davidson*