Joseph S. Davidson, *Pro Hac Vice* (Ill. Bar No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: jdavidson@sulaimanlaw.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY COLEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN HONDA FINANCE CORPORATION,<br><br>  Defendant. | Case No.  8:18-cv-02295-JVS-ADS<br><br>**STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** |

**WHEREAS** on December 28, 2018, Plaintiff brought suit against AMERICAN HONDA FINANCE CORPORATION (the "Defendant") alleging violation(s) of the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. § 227 *et seq*. [Dkt. # 1].

**WHEREAS** Plaintiff seeks to file her First Amended Complaint for Damages, which adds an additional cause of action under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788 *et seq*.

**WHEREAS** a copy of Plainitff's proposed First Amended Complaint for Damages is attached hereto as "**Exhibit A**."

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file her First Amended Complaint for

1

1  Damages, a copy of which is attached hereto as "**Exhibit A**."

2      2.    Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint for Damages is filed.

DATED: July 26, 2019      **TIFFANY COLEMAN**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-581-5450
jdavidson@sulaimanlaw.com

**AMERICAN HONDA FINANCE CORPORATION**

By: */s/ Justin H. Sanders*

Justin H. Sanders
SANDERS ROBERTS LLP
1055 West Seventh Street
Suite 3200
Los Angeles, California 90017
+1 213-426-5000
jsanders@sandersroberts.com