Joseph S. Davidson, *Pro Hac Vice* (Ill. Bar No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-581-5450
jdavidson@sulaimanlaw.com

Nicholas M. Wajda (Cal. Bar No. 259178 )
**WAJDA LAW GROUP, APC**
11400 West Olympic Boulevard
Suite 200M
Los Angeles, California 90064
+1 310-997-0471
nick@wajdalawgroup.com

*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY COLEMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>AMERICAN HONDA FINANCE CORPORATION,<br><br>            Defendant. | **Case No.  8:18-cv-02295-JVS-ADS**<br><br>**NOTICE OF SETTLEMENT** |

1

PLEASE TAKE NOTICE that TIFFANY COLEMAN (the "Plaintiff") and AMERICAN HONDA FINANCE CORPORATION (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 30 days.

DATED: September 30, 2019                                 Respectfully submitted,

                                                          **TIFFANY COLEMAN**

                                                          By: */s/ Joseph S. Davidson*

                                                          Joseph S. Davidson
                                                          SULAIMAN LAW GROUP, LTD.
                                                          2500 South Highland Avenue
                                                          Suite 200
                                                          Lombard, Illinois 60148
                                                          +1 630-575-8181
                                                          jdavidson@sulaimanlaw.com

                                                          **AMERICAN HONDA FINANCE CORPORATION**

                                                          */s/ Justin H. Sanders*

                                                          Justin H. Sanders
                                                          SANDERS ROBERTS LLP
                                                          1055 West Seventh Street
                                                          Suite 3200
                                                          Los Angeles, California 90017
                                                          +1 213-426-5000
                                                          jsanders@sandersroberts.com

2