Joseph S. Davidson, *Pro Hac Vice* (Ill. Bar No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-581-5450
jdavidson@sulaimanlaw.com

Nicholas M. Wajda (Cal. Bar No. 259178 )
**WAJDA LAW GROUP, APC**
11400 West Olympic Boulevard
Suite 200M
Los Angeles, California 90064
+1 310-997-0471
nick@wajdalawgroup.com

*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Case No.  8:18-cv-02295-JVS-ADS**

**ORDER**

TIFFANY COLEMAN,

        Plaintiff,

    v.

AMERICAN HONDA FINANCE
CORPORATION,

        Defendant.

Counsel for Plaintiff, TIFFANY COLEMAN, and Defendant, AMERICAN HONDA FINANCE CORPORATION having filed with this Court their Joint Stipulation for Dismissal with Prejudice and the Court having reviewed same, hereby ORDERED.

1. Defendant, AMERICAN HONDA FINANCE CORPORATION, is hereby dismissed with prejudice.

Dated: November 06, 2019

_____
James V Selna
Judge, U.S. District Court